HERZLICH & BLUM, LLP
Attorneys-At-Law
ENCINO GATEWAY BUILDING
15760 VENTURA BOULEVARD, SUITE 2024
ENCINO, CALIFORNIA 91436-3095
TELEPHONE (818) 783-8991
FACSIMILE (818) 783-6682
ALLAN HERZLICH   STATE BAR #100920
JEROME J. BLUM   STATE BAR #100317

ATTORNEYS FOR PLAINTIFF



UNITED STATES DISTRICT COURT OF CALIFORNIA

NORTHERN DISTRICT

DWS International, Inc., dba Marble Dimensions Worldwide, Inc.,

   Plaintiff,

vs.

Meixia Arts and Handicrafts, Co., Ltd., et al,

   Defendants.

CASE NO. CV 11 80 293 MISC RS

ORDER FOR SERVICE OF PROCESS BY REGISTERED PROCESS SERVER [proposed]

Rule 4(c), Fed. R. Civ. P.;
Local Rule 4-2

IT IS HEREBY ORDERED that Janney and Janney Attorney Service, Inc., a firm which engages registered California process servers, who are at least 18 years of age, of suitable discretion and not parties to the within action, is authorized and appointed to serve the writs in the above case by and through any of its registered California process servers. The U.S. Marshals Office will remain the Levying Officer.

DATED: 12/1/11

_____
Honorable
United States District Judge

1

ORDER FOR SERVICE OF PROCESS BY REGISTERED PROCESS SERVER